MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, J., dissents and would grant an alternative writ.

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**02–48. EOP–BP Tower, LLC v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals Nos. 99–M–1594, 99–M–1595, 99–M–1596 and 99–M–1597.

## MISCELLANEOUS DISMISSALS

**01–1997. State ex rel. Honda of Am. v. Indus. Comm.**
Franklin App. No. 00AP–1469. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.